# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  VACATING THE APPOINTMENT : No. 434 Judicial Administration Docket
OF SENIOR JUDGE JOSEPH M. JAMES :
AS ADMINISTRATIVE JUDGE, COURT :
OF COMMON PLEAS, WASHINGTON :
COUNTY :
:
:
:
:
:
:
:
:

# ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of January, 2015, in accordance with the general supervisory powers vested in this Court by Article V, Section 10 of the Pennsylvania Constitution, this Court's order of November 5, 2014, appointing the Honorable Joseph M. James of Allegheny County as Administrative Judge of the Court of Common Pleas of Washington County is **HEREBY VACATED**, effective immediately.